BEFORE THE FIRST DIVISION, DECEMBER 18, 1959

No. 63613.—Shell Chemical Corp. v. United States, protests 304280–K, 311048–K, and 315989–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of teepol the same in all material respects as that the subject of *United States* v. *Shell Oil Co., Inc., et al.* (44 C.C.P.A. 54, C.A.D. 637), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 18, 1959

No. 63614.—Boys' Towns of Italy, Inc. v. United States, protest 58/16285 (New York).

Opinion by RAO, J.   The protest was dismissed.

No. 63615.—Erich S. Herrmann, Inc. v. United States, protest 58/16343 (New York).

Opinion by RAO, J.   The protest was dismissed.

No. 63616.—Air Express International Agency, Inc. v. United States, protest 58/24887 (New York).

Opinion by RAO, J.   The protest was dismissed.

No. 63617.—Little Tyke Togs v. United States, protest 58/25284 (New York).

Opinion by RAO, J.   The protest was dismissed.